UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CALEB J. ARMSTRONG (#701443)**           **CIVIL ACTION**

**VERSUS**                                  **NO. 20-234-JWD-EWD**

**LOUISIANA PRISON ENTERPRISES**

### RULING

On or about April 15, 2020, the *pro se* Plaintiff, a person confined at the Louisiana State Penitentiary, Angola, Louisiana, filed a Complaint with this Court alleging civil rights violations pursuant to 42 U.S.C. § 1983.[1]  Pursuant to correspondence dated May 4, 2020, the Court directed Plaintiff to submit a Complaint on an approved form and to either submit a properly completed Motion to Proceed *in Forma Pauperis* or pay the full filing fee.[2]  The correspondence advised Plaintiff he must correct the deficiencies within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[3]

A review of the record by the Court reflects that, despite notice, Plaintiff has failed to respond to the Court's directives.  As such, Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified.  Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding be **DISMISSED WITHOUT PREJUDICE**.  Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 8, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 2.