UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CALEB J. ARMSTRONG (#701443)**             **CIVIL ACTION**

**VERSUS**             **NO. 20-234-JWD-EWD**

**LOUISIANA PRISON ENTERPRISES**

## JUDGMENT

For the written reasons assigned,

**IT IS HEREBY ORDERED** that the above captioned proceeding is **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to correct the deficiencies of which he was notified.

Signed in Baton Rouge, Louisiana, on June 8, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**